UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LEE BOUIE,

                Plaintiff,

v.                                    Case No. 25-cv-10132
                                    Honorable Linda V. Parker

AHMED ALZAYAKI, *et al*.,

                Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S APRIL 1, 2025 REPORT AND RECOMMENDATION (ECF NO. 22)

On January 13, 2025, Plaintiff Eric Bouie, proceeding pro se, commenced this lawsuit against the Oakland County Sheriff's Department and two of its deputies, Ahmed Alzayadi and Jorge Landeros, (collectively, "Defendants"). (ECF No. 1.) Mr. Bouie filed this lawsuit under 42 U.S.C. § 1983 and Michigan law, alleging that Defendants violated his civil rights when they arrived at his residence to respond to a report that he threatened another individual with a knife during a verbal altercation and subsequently arrested him. (*See* ECF No. 1-1 at Pg ID 7-10.)

On January 23, 2025, the Court referred this matter to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A)

1

and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 8.)  Mr. Bouie later filed a motion for default judgment against Defendants.  (ECF No. 13.)

On April 1, 2025, Magistrate Judge Stafford issued an R&R recommending that this Court deny Mr. Bouie's motion for default judgment.  (ECF No. 22 at Pg ID 85.)  At the conclusion of her R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id*. at Pg ID 84-85.)  She further specifically advises the parties that "[i]f a party fails to timely file specific objections, any further appeal is waived."  (*Id*. at Pg ID 84.)  Neither party filed objections to the R&R.  The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Mr. Bouie's motion for default judgment against Defendants (ECF No. 13) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 23, 2025

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 23, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager