UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LEE BOUIE,

Plaintiff,

v.

AHMED ALZAYADI, *et al.,*

Defendants.

Case No. 25-10132
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

---

**ORDER STRIKING EXHIBIT NOTICE AND RETURNING FLASH
DRIVES TO PLAINTIFF
(ECF NO.  31)**

---

Pro se (and E-filer) Plaintiff Eric Lee Bouie sues the Oakland County

Sheriff's Department and two of its deputies under 42 U.S.C. § 1983,

alleging that they violated his constitutional rights.  ECF No. 1.  The

Honorable Linda V. Parker referred the matter to the undersigned for all

pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 8.

On September 9, 2025, Bouie attempted to file with the Clerk's Office

two exhibits that are flash drives.  Although Bouie was advised that he must

file a motion seeking leave to file such media files as exhibits, Bouie

ignored that directive and left them at the Clerk's Office.  Bouie then filed a

1

"Notice of Filing Non-Traditional Exhibits" on the docket, stating that he

provided his exhibits "on flash drives" that he "lodged with the Clerk of the

Court."  ECF No. 31.

But Rule 19(c) of the Eastern District of Michigan's Electronic Filing

Policies and Procedures provides that "Media files (see R1(i)), such as an

audio clip or video clip, **may be filed only with leave of court**."  (emphasis

added).  That rule then explains the procedure for filing a motion for leave

to file a media file as an exhibit:

> A filing user must file a motion for leave in accordance with L.R. 7.1 and include the following:
>
> (1)   A statement regarding concurrence pursuant to L.R. 7.1(a);
>
> (2)   A description of the content of the media file;
>
> (3)   A concise explanation of how the media file provides factual support to the motion, response, reply or memorandum;
>
> (4)   Whether the media file has been or will be used in a court proceeding; and
>
> (5)    Whether the content of the media file complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law (see R21).
>
> If the Court grants the motion, the filing user must provide a timestamp reference to the part of the media file that is offered in support of the corresponding paper (see R6). All audible portions of a media file must be transcribed; the

transcript must be filed in written form as an exhibit to the paper (see R19(a)).

The approved media file exhibit is submitted using the electronic portal called "Media File Upload" located in the ECF system and then must be filed according to the following procedures:

(1)     The filing user must prepare an index of exhibits. This index must be filed as an attachment to the main paper and must state that the media file exhibit is being filed under this rule.

(2)     The filing user shall file the media file exhibit via the portal. The Clerk's Office will note on the docket its receipt of the exhibit.

(3)     The filing user shall file the transcription of any audible portions of the media file as an attachment to the main paper.

(4)     A filing user must serve materials filed under this rule on other parties in accordance with the federal and local rules, and file a certificate of service.

**Files submitted without leave, not in the proper format or not in compliance with the above procedures may be stricken.**

Rule 19 of the Eastern District of Michigan's Electronic Filing Policies and Procedures (emphasis added).

The Court hereby **STRIKES** Bouie's Notice of Filing Non-Traditional Exhibits (ECF No. 31) and **RETURNS** to him the flash drives that Bouie left at the Clerk's Office because Bouie did not seek or obtain leave to file media files as exhibits.

3

If Bouie wants to submit a media file as an exhibit to a motion,

response, or reply in this case, he must file a proper motion seeking leave

to do so and must comply with Rule 19.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 26, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file

objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel
of record and any unrepresented parties via the Court's ECF System to

4

their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager