UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC LEE BOUIE,<br><br>Plaintiff,<br><br>v.<br><br>AHMED ALZAYADI, *et al.,*<br><br>Defendants. | Case No. 25-10132<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE NON-TRADITIONAL EXHIBHITS (ECF NO.  36)

Plaintiff Eric Lee Bouie sues the Oakland County Sheriff's Department and two of its deputies under 42 U.S.C. § 1983.  ECF No. 1. The Honorable Linda V. Parker referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 8.

In September 2025, Bouie attempted to file with the Clerk's Office two exhibits that are flash drives.  Although he was advised that he must move for leave to file such media files as exhibits, Bouie ignored that directive, left them at the Clerk's Office, and then filed a "Notice of Filing Non-Traditional Exhibits" on the docket.  ECF No. 31.

1

This Court struck that notice and returned the flash drives to Bouie in an order that explained the proper procedure for seeking leave to file media files under Rule 19 of the Eastern District of Michigan's Electronic Filing Policies and Procedures.  ECF No. 35.

Bouie now moves for leave to file non-traditional exhibits (flash drives) in support of his amended complaint.  ECF No. 36.  But Bouie has still not complied with Rule 19's requirements.  Thus, the Court **DENIES WITHOUT PREJUDICE** Bouie's pro se motion.  Bouie has since obtained counsel, who may file a proper motion in compliance with the applicable rule.

**IT IS SO ORDERED**.

                                              s/Elizabeth A. Stafford
                                              ELIZABETH A. STAFFORD
Dated: October 30, 2025              United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager