UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC LEE BOUIE,<br><br>Plaintiff,<br><br>v.<br><br>AHMED ALZAYADI,<br><br>Defendants. | Case No. 25-10132<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING IN PART MOTION TO COMPEL (ECF NO. 39), AND ORDERING PARTIES TO SUBMIT A PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff Eric Lee Bouie sues two deputies of the Oakland County Sheriff's Department under 42 U.S.C. § 1983. ECF No. 32-1; ECF No. 43. The Honorable Linda V. Parker referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 8. Bouie proceeded pro se until October 17, 2025, when counsel filed an appearance on his behalf. ECF No. 45. The Court then held a status conference on October 29, 2025. ECF No. 45; ECF No. 46. During the conference, the parties agreed to submit a stipulation and proposed order to amend the scheduling order no later than **November 3, 2025**. The

amended schedule must include a deadline for Bouie to amend his pleadings.

Before counsel appeared for Bouie, defendants moved to compel discovery.  ECF No. 39.  Bouie responded with substantive answers to the discovery requests, but without waiving his objections.  ECF No. 42.  His without-waiving objections were improper.  "[A] party cannot cloak its answers in without-waiving objections." *Aprile Horse Transp., Inc. v. Prestige Delivery Sys., Inc.*, No. 5:13-CV-15-GNS-LLK, 2015 WL 4068457, at *3 (W.D. Ky. July 2, 2015).  In other words, "[a] party either objects to production or produces.  If it produces, the objections are generally deemed waived." *Riley v. NewPenn Kilt, LLC*, No. 518CV00014TBRHBB, 2020 WL 59838, at *2 n.1 (W.D. Ky. Jan. 6, 2020).  And Bouie failed to indicate whether he withheld documents based on its objections.  "An objection must state whether any responsive materials are being withheld on the basis of that objection."  Fed. R. Civ. P. 34(b)(2)(C); *see also Siser N. Am., Inc. v. Herika G. Inc.*, 325 F.R.D. 200, 203 (E.D. Mich. 2018) ("[D]efendants fail to state whether responsive material was withheld as a result of their objections.").

The Court thus **ORDERS** Bouie to, by **November 10, 2025,** serve defendants with supplemental discovery responses that specify whether he

2

is withholding any discovery based on any objections.  Those supplemental responses must be signed under Federal Rule of Civil Procedure 26(g).

**IT IS SO ORDERED.**

Dated: October 30, 2025

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

                                          <u>s/Davon Allen</u>
                                          DAVON ALLEN
                                          Case Manager