UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric Lee Bouie

      Plaintiff,                            Case No. 25-cv-10132
                                          Honorable Linda V. Parker

v.

Ahmed Alzayadi et al.

      Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 66)

Plaintiff initiated this Section 1983 action on January 13, 2025.  (ECF No. 1.)  On December 9, 2025, Defendants moved to dismiss under Rule 12(b)(6).  (ECF No. 53.)  The motion is fully briefed.  (ECF Nos. 59 & 62.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 8.)

On April 2, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant in part and deny in part Defendants' motion to dismiss.  (ECF No. 66.)  At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek

review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal."  (*Id*., PageID.872-73.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss is **GRANTED** in Part and **DENIED** in part.  Counts III-V are dismissed; Counts I and II as to Defendants Alzayadi, Salyers, and Landeros remain.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: April 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 27, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2